UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darryl Eversole,<br><br>        Plaintiff,<br><br>v.<br><br>HCP, Inc., West Hills Hospital, Does<br>1-10, Defendants. | Case No. 2:18-cv-10013-AB-PJW<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 8, 2020      _____

                    ANDRÉ BIROTTE JR.
                    UNITED STATES DISTRICT JUDGE